# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Doe,<br>   Plaintiff,<br><br>v.<br><br>Western New England University,<br>Anthony S. Caprio, Joanne Ollson,<br>Beth A. Hill, Donna-Rae Kenneally,<br>and Kymberly Hendricks,<br><br>   Defendants. | CIVIL ACTION NO: 15 cv 30192 |

## MOTION TO PROCEED UNDER PSEUDONYM
## AND FOR PROTECTIVE ORDER

Now comes the plaintiff in the above captioned matter and request that this Honorable Court grant him:

(1) leave to proceed in this action under the pseudonym John Doe;

(2) an order prohibiting the Defendants or their agents from disclosing Plaintiff's identity to any third party other that what is necessary to defend against this action;

(3) an order that any third party receiving disclosure per the above paragraph be provided with a copy of this court's order not to identify plaintiff unless necessary to the defense of this action; and

*ALLOWED, without opposition.*
*Michael A. Ponsor USDJ 2-2-16*